

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY – 4 2023

CLERK, U.S. DISTRICT COURT
By ____ MS
          Deputy

# UNITED STATES DISTRICT COURT

### for the

### District of New Jersey

Terrance Turner, Wipro-Holdings Wipro-Limited

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Splunk Corporation, Splunk Incorporated

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No.    __:__-CV-_____

*(to be filled in by the Clerk's Office)*

## 3-23CV1008-B

Jury Trial: *(check one)*    ❏ Yes    ✔ No

## COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terrance Turner |
| Street Address | 108 Orchard Lane |
| City and County | Centerville and Houston |
| State and Zip Code | GA, 31028 |
| Telephone Number | (703) 831-7596 |
| E-mail Address | Legal@ServiceZeroProfessionalServices.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Splunk Corporation |
| Job or Title *(if known)* | Company |
| Street Address | 250 Branna Street |
| City and County | San Franciso and San Francisco |
| State and Zip Code | CA, 94107 |
| Telephone Number | (415) 848-8400 |
| E-mail Address *(if known)* | info@splunk.com, ir@splunk.com, partners@splunk.com press@splunk.com |

Defendant No. 2

| | |
|---|---|
| Name | Splunk Corporation |
| Job or Title *(if known)* | Company |
| Street Address | 3400 Valmount RD |
| City and County | Boulder |
| State and Zip Code | CO, 80301 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | USSOCOM, FBI, CIA, NSA, Geo Spatial, GCHQ |
| Job or Title *(if known)* | Secret Service |
| Street Address | USPS |
| City and County | FedEx |
| State and Zip Code | Pfizer |
| Telephone Number | Merck |
| E-mail Address *(if known)* | USCENTCOM |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

✔ Federal question                                     Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

US Juridiction Common Law, Breach of Contract, US Business Law, US Contract Law, Uniform Commercial Code, Fraud Statutes, Criminal Code, UCMJ, ~ Antitrust Laws, Unfair Market Competition Sec. 802 & Sec 808 H.R. 3162, H.R. 6166, 18 U.S.C. § 241, 1592
18 U.S.C. § 371, 18 U.S. Code § 1001, 1040, 1039, 1038, 1032, 1031
Negligence

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff,  *(name)*  Terrance Turner                                     , is a citizen of the State of *(name)*  Virginia                                     .

    b.    If the plaintiff is a corporation

        The plaintiff,  *(name)*  Service Zero Professional Services                , is incorporated under the laws of the State of *(name)*    Virginia                                     ,
and has its principal place of business in the State of *(name)*

        Virginia                                     .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant,  *(name)*  N/A -------- N/A                                     , is a citizen of the State of *(name)*   N/A -------- N/A                     . Or is a citizen of *(foreign nation)*    N/A -------- N/A                     .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant,  *(name)*  N/A -------- N/A                              , is incorporated under

        the laws of the State of *(name)*    N/A -------- N/A                         , and has its

        principal place of business in the State of *(name)*                                   .

        Or is incorporated under the laws of *(foreign nation)*   N/A -------- N/A                ,

        and has its principal place of business in *(name)*   North America                       .

        *(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$500,000,000 USD

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Artificial Intelligence, Wipro Limited Wipro Holdings, has been financially damaged, attempting to support and
create services and market-lines revenue generating interest in support of "machine learning", "artificial
intelligence", "scripting", "automation", "business intelligence", "business analysis" using the core infrastructure
product "Splunk", "Splunk Enterprise" and other features of the product, that characterized, and described
themselves as "artificial intelligence", "machine learning", or "script enabled script supported components". No
one, except for the chief filing plaintiff, knows what these things are. There are multiple lines of roles and
positions within Wipro, created -- supported -- instantiated, where profit revenue loss has occured due to fraud.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

IMMEDIATE INJUNCTIVE RELIEF, FREEZING ACCOUNTS REQUESTED THE PLAINTIFF IS IN DIRE
STRAITS DUE TO NASA EFFORTS controlling the company Splunk and the global economy market, through
tactics and ways utilizing space technology, keeping the plaintiff poor. The plaintiff requires immediate funds as to
not become homeless again.

Wpro is seeking financial relief, immediately, due to a soon, imploding cyber market, due to Splunk and other corporations' endeavors to profit greatly from uneducated customers who never receive results from the products, while Splunk represents and markets stories and anecdotal tales upon their website

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         04/29/2023

Signature of Plaintiff

Printed Name of Plaintiff        Terrance Turner

### B.    For Attorneys

Date of signing:         04/29/2023

Signature of Attorney

Printed Name of Attorney        Terrance Turner

Bar Number            INTERPOL, SEC BAR 431170989

Name of Law Firm        Service Zero Professional Services, Legal Division

Street Address            ~

State and Zip Code        Reston, VA 20190

Telephone Number        (703) 831-7596

E-mail Address            Legal@ServiceZeroProfessionalServices.com
                ServiceZero@ServiceZeroProfessionalServices.com

# CIVIL COVER SHEET

3-23CV1008-B

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Terrance Turner, Wipro-Holdings Wipro-Limited

**(b)** County of Residence of First Listed Plaintiff    Houston
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

### DEFENDANTS

Splunk Corporation

County of Residence of First Listed Defendant    San Francisco
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

RECEIVED
MAY – 4 2023
MS
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*     *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☒ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| | | | | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
UCC, US Jurisdiction Common Law, Breach of Conract, US Business Law, US Contract Law, Fraud Statutes, Criminal Code, UCMJ, ~

Brief description of cause:
Criminal conduct, resulting in breach of contract all over the place, market damage and reputation harml performing anticipatory breach

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $
500,000,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE                            DOCKET NUMBER

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 04/23/2023 | *[signature]* |

**FOR OFFICE USE ONLY**

RECEIPT #      AMOUNT      APPLYING IFP   YES/on-behalf-US      JUDGE      MAG. JUDGE



X-RAY

RECEIVED
MAY - 4 2023
MS
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FedEx Office

0213 DALLAS TX ROSS
902 ROSS AVE
DALLAS, TX 75202

C7

JUDGE GODFREY
JUDGE GODFREY
1100 COMMERCE ST ROOM
14
URGENT WAIVE/IFP ON BEHA
DALLAS, TX 75242
(214) 753-2177
USDCEMERGENCYFILE@TXND.USCOURTS.GOV 2147532177

FXC589960721565589960721565B

1 of 1     OTP # 021303BTD1
Commt# 05/04 12:00 PM

TRK # 589960721565
Mstr # 589960721565

FedEx Office

Dallas TX Ross Node # 0213
(214) 922-0403 fax (214) 871-9521
CALL WHEN DONE